**Order entered June 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00153-CV**

**IN THE INTEREST OF A.D.A., C.R.A., J.M.A., CHILDREN**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-05934**

## ORDER

By postcard dated May 5, 2021, we directed Francheska Duffey to file, within thirty days, (1) the record, (2) written verification no hearings were recorded, or (3) written verification the record has not been requested. To date, Ms. Duffey has not responded. Accordingly, we **ORDER** Ms. Duffey to file the record or requested verification no later than June 30, 2021. Because the clerk's record includes a statement of inability to afford costs filed by appellant and nothing before the Court reflects appellant has been ordered to pay costs, any record shall be filed without payment of costs. *See* TEX. R. CIV. P. 145(a).

*We caution appellant that the appeal may be submitted without the reporter's record should Ms. Duffey inform the Court the record has not been requested. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Duffey and the parties.

/s/     KEN MOLBERG
        JUSTICE